# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Nisi v. Dorothy Brown, Clerk of the Circuit Court of Cook County

Case Number: 18-cv-4861

An appearance is hereby filed by the undersigned as attorney for:

Mary Nisi

Attorney name (type or print): Roger Zamparo, Jr.

Firm: Zamparo Law Group, P.C.

Street address: 2300 Barrington Rd., Ste. 325

City/State/Zip: Hoffman Estates, IL 60169

Bar ID Number: 3123737
(See item 3 in instructions)

Telephone Number: 224-875-3202

Email Address: roger@zamparolaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
- [ ] Retained Counsel
- [ ] Appointed Counsel
  If appointed counsel, are you
  - [ ] Federal Defender
  - [ ] CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 17, 2018

Attorney signature: S/ Roger Zamparo, Jr.
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015